UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Abdullah Yoda,

             Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A presentment, arraignment, and initial conference for an alleged violation of supervised release is hereby scheduled for June 17, 2020, at 1 p.m.

Dated: May 11, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge