**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/20

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

SO ORDERED   6/15/20

Alison J. Nathan, U.S.D.J

June 11, 2020

**BY ECF & ELECTRONIC MAIL**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

The presentment, arraignment, and initial conference for an alleged violation of supervised release in this matter is hereby adjourned to August 19, 2020 at 1 p.m. SO ORDERED.

Re:   *United States v. Abdullah Yoda*, 15 Cr. 95 (AJN)

Dear Judge Nathan:

The Government respectfully writes with the consent of U.S. Probation Officer Michael Nicholson and defense counsel Roberto Finzi, Esq., to request an adjournment of the presentment, arraignment, and initial conference for an alleged violation of supervised release in the above-referenced case, presently scheduled for June 17, 2020, at 1 p.m.

In light of the coronavirus pandemic, the Government respectfully requests the conference be adjourned for approximately one month in hopes that by mid- or late July the proceeding may be safely held in person.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by:  /s/
      Allison Nichols
      Jessica Feinstein
      Hagan Scotten
      Drew Skinner
      Assistant United States Attorneys
      (212) 637-2366

cc:  Roberto Finzi, Esq.
      U.S. Probation Officer Michael Nicholson