USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Abdullah Yoda,

        Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The presentment, arraignment, and initial conference in this matter scheduled for October 15, 2020 is hereby adjourned to November 4, 2020 at 11:00 a.m.  By October 9, 2020, defense counsel shall respond to the following two questions:

1) If both an in-court and videoconference proceeding are available, does Defendant prefer to proceed at an in-court proceeding in Courtroom 906 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York, or at a videoconference proceeding?

2) If an in-court proceeding is unavailable, does Defendant consent to proceed remotely?

    If Defendant consents to proceed remotely, either as a matter of preference or because an in-court proceeding is unavailable, please complete and submit the written consent form attached to this Order.  Defense counsel may sign on Defendant's behalf if authorized by Defendant to do so.  If the Court is unable to conduct an in-court proceeding at the scheduled time and Defendant does not consent to be sentenced at a videoconference proceeding, the Court may adjourn the proceeding to a later date.

SO ORDERED.

Dated: October 5, 2020
       New York, New York

                                    ALISON J. NATHAN
                                    United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA

           -v-

   ABDULLAH YODA,
               Defendant.
----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

15-CR-95-17 (AJN)

**Check Proceeding that Applies**

\_\_\_\_    Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date:    _____        _____
             Print Name                                                          Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date:    _____        _____
             Print Name                                                          Signature of Defense Counsel

**Addendum for a defendant who requires services of an interpreter:**

2

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is: _____.

Date:             _____
                  Signature of Defense Counsel


**Accepted:**     _____
                  Signature of Judge
                  Date: