USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

Abdullah Yoda,

                Defendant.

15-cr-95 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

      A presentment, arraignment, and initial conference on alleged violations of supervised release in this matter is currently scheduled for November 4, 2020 at 11 a.m.  In light of the COVID-19 public health crisis, there are significant issues related to in-court proceedings.  The proceeding will thus be conducted by videoconference using the Skype for Business platform.  The Court will provide public dial-in information at a later date.  By no later than October 30, 2020, the parties shall submit a joint letter to the Court by ECF indicating how they intend to proceed at the conference.

      SO ORDERED.

Dated: October 13, 2020
       New York, New York

                                          ALISON J. NATHAN
                                          United States District Judge