UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2020
```

United States of America,

–v–

Abdullah Yoda,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      A presentment, arraignment, initial conference, and bail hearing for alleged violations of supervised release is currently scheduled for November 4, 2020 at 11:00 A.M. Dkt. No. 3045. The proceeding will be held remotely using the Skype for Business platform. The Court will separately provide the parties with instructions for accessing this platform. Members of the public may access audio for the proceeding by calling (917) 933-2166 and entering Conference ID number 504705908.

Dated: November 2, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge