Case 1:15-cr-00095-AJN   Document 3058   Filed 10/06/20   Page 2 of 3

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

ABDULLAH YODA,
                    Defendant.
-------------------------------------------------------------------X

**WAIVER OF RIGHT TO BE
PRESENT AT CRIMINAL
PROCEEDING**

**15-CR-95-17 (AJN)**

**Check Proceeding that Applies**

  Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date:  _ABDULLAH YODA_          _abdullah yoda /gw_
10/12/20   Print Name                        Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date:  _ROBERTO FINZI_          _Roberto Finzi /gw_
10/12/20   Print Name                        Signature of Defense Counsel

**Addendum for a defendant who requires services of an interpreter:**

Case 1:15-cr-00095-AJN   Document 3058   Filed 10/06/20   Page 3 of 3

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____N/A_____.


Date: _____
                        Signature of Defense Counsel


Accepted: _____     11/4/2020
                        Signature of Judge
                        Date: