UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Abdullah Yoda,

                Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      A status conference on alleged violations of supervised release in this matter is currently scheduled for December 9, 2020 at 1 p.m.  In light of the COVID-19 public health crisis, there are significant issues related to in-court proceedings.  If the Defendant is willing to waive his physical presence, this proceeding will be conducted remotely. To that end, defense counsel should confer with the Defendant regarding waiving his physical presence and provide the attached waiver form to him.  If Mr. Yoda, after reviewing the form and being advised of its contents, wishes to waive his right to be physically present, he and his counsel should return the signed waiver form **no later than 48 hours before the proceeding**. If Mr. Yoda agrees to proceed remotely, defense counsel shall indicate to the Court whether videoconference is reasonably available or if Mr. Yoda would prefer to proceed by teleconference.  In addition, the parties shall jointly submit a letter indicating how they wish to proceed no later than 48 hours before the proceeding.

      SO ORDERED.

Dated: December 3, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA

                -v-

    ABDULLAH YODA,
                Defendant.
----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

**15-CR-95-17 (AJN)**

**Check Proceeding that Applies**

_____ Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date:  _____      _____
             Print Name                                                                  Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date:  _____      _____
              Print Name                                                                  Signature of Defense Counsel

**Addendum for a defendant who requires services of an interpreter:**

3

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Date:           _____
                Signature of Defense Counsel

**Accepted:**   _____
                Signature of Judge
                Date: