USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, | |
| | |
| –v– | 15-cr-95 (AJN) |
| | |
| Abdullah Yoda, | ORDER |
| | |
| Defendant. | |

ALISON J. NATHAN, District Judge:

A status conference in this matter is scheduled for December 9, 2020 at 1 p.m.  The

proceeding will be conducted by videoconference using the Skype for Business platform. The

Court will separately provide the parties with instructions for accessing this platform.  At 1 p.m.

on December 9, members of the public may access audio for the proceeding by calling (917)

933-2166 and entering Conference ID number 843773143.

SO ORDERED.

Dated:  December 7, 2020
        New York, New York

_____
        ALISON J. NATHAN
        United States District Judge