

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/20
```

December 7, 2020

Hon. Alison J. Nathan
United States District Court
40 Foley Square
New York, NY 10007

    Re:    <u>United States</u> v. <u>Nico Burrell, et al.</u>, S2 15 Cr. 95 (AJN)
              **Defendant Abdullah Yoda**

Dear Judge Nathan:

    The Government writes with respect to defendant Abdullah Yoda. This Court has scheduled a videoconference for November 9, 2020 at 1 p.m. in Mr. Yoda's violation of supervised release proceedings. The parties have made substantial progress toward a potential pre-hearing resolution of this matter, but need additional time to determine whether they can reach such a resolution. Accordingly, the parties respectfully request that the Court adjourn the conference to a date during the week of December 14 or December 21. The additional time will allow the parties to complete their negotiations.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Thomas S. Burnett
Frank J. Balsamello
Assistant United States Attorney
(212) 637-1064/2325

---

The videoconference scheduled for December 9, 2020 is hereby adjourned to December 21, 2020 at 2:00 p.m. The parties shall submit a joint letter indicating how they intend to proceed by no later than December 16, 2020. Furthermore, the parties are advised to consult the Court's Individual Practices in Criminal Cases in advance of the proceeding. SO ORDERED.

12/8/20

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.