

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 16, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2020
```

Hon. Alison J. Nathan
United States District Court
40 Foley Square
New York, NY 10007

    Re:    <u>United States</u> v. <u>Nico Burrell, et al.,</u> S2 15 Cr. 95 (AJN)
              **Defendant Abdullah Yoda**

Dear Judge Nathan:

    The Government writes with respect to defendant Abdullah Yoda. This Court has scheduled a status conference for December 21, 2020 in Mr. Yoda's violation of supervised release proceedings. This Court adjourned the last status conference, scheduled for December 9, 2020, to allow the parties additional time to discuss a pre-hearing resolution. The parties have continued to make progress, but need additional time to determine whether they can reach such a resolution. Accordingly, the parties respectfully request that the Court adjourn the conference to the week of January 4 or January 11.

              Respectfully submitted,

              AUDREY STRAUSS
              Acting United States Attorney

            by: _____
              Thomas S. Burnett
              Frank J. Balsamello
              Assistant United States Attorney
              (212) 637-1064/2325

---

The videoconference scheduled for December 21, 2020 is hereby adjourned to January 13, 2021 at 2:00 p.m. The parties shall submit a joint letter indicating how they intend to proceed by no later than January 6, 2021. Furthermore, the parties are advised to consult the Court's Individual Practices in Criminal Cases in advance of the proceeding.
SO ORDERED.

*[signature: Alison J. Nathan]*
12/17/2020