```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Abdullah Yoda,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A change of plea and sentencing proceeding in this matter is presently scheduled for **January 13, 2021 at 2 p.m.** Dkt. No. 3144. The proceeding will be conducted by videoconference using the Skype for Business platform. The Court will separately provide the parties with instructions for accessing this platform. At **2 p.m.** on January 13, 2021, members of the public may access audio for the proceeding by calling (917) 933-2166 and entering Conference ID number 878219731.

SO ORDERED.

Dated: January 12, 2021
   New York, New York

_____
ALISON J. NATHAN
United States District Judge