UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Abdullah Yoda,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

By no later than February 5, 2021 at 12:00 p.m., the parties shall meet, confer, and notify the Court whether they are prepared to proceed with the change of plea hearing and sentencing currently scheduled for February 8, 2021 at 2:00 p.m.

SO ORDERED.

Dated: February 4, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge