```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Abdullah Yoda,

                Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A change of plea and sentencing proceeding in this matter is presently scheduled for February 8, 2021 at 2 p.m.  Dkt. No. 3151.  The proceeding will be conducted by videoconference using the Skype for Business platform. The Court will separately provide the parties with instructions for accessing this platform.  At 2 p.m. on February 8, 2021, members of the public may access audio for the proceeding by calling (917) 933-2166 and entering Conference ID number 878219731.

SO ORDERED.

Dated: February 5, 2021
       New York, New York

                                _____
                                ALISON J. NATHAN
                                United States District Judge